UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE WILLIAMS, et al., | ) | CASE NO. 1:06CV3095 |
| Plaintiffs, | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| HOUSING RESEARCH, etc., et al., | ) | ORDER |
| Defendants. | ) | |

CHRISTOPHER A. BOYKO, J.:

This matter comes before the Court upon the Notice of ADR Administrator filed on June 1, 2007. (ECF DKT #40). The Mediator suggests an extension of the mediation completion period, because he is confident a settlement can be accomplished. Therefore, the deadline for completion of mediation is extended until July 31, 2007. Further, a telephone status conference (attorneys only) is scheduled for July 31, 2007 at 3:00 p.m. Plaintiffs' counsel shall initiate the call to chambers at 216-357-7151.

IT IS SO ORDERED.

DATE: 6/19/07

Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge



FILED
JUN 19 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND